UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KENT WIMBERLY, | CASE NO. 10 CV 2106 MMA (JMA) |
|---|---|
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**; |
| vs. | [Doc. No. 8] |
| GEORGE NEOTTI, Warden, | **DENYING WITH PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS** |
| Respondent. | [Doc. No. 1] |

    Petitioner Kent Wimberly, a state prisoner proceeding with counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Board of Parole's decision on September 22, 2009 finding him unsuitable for parole. [Doc. No. 1] Respondent George Neotti filed a response to the petition [Doc. No. 6], and Petitioner filed a traverse [Doc. No. 7]. The matter was referred to United States Magistrate Judge Jan M. Adler for preparation of a Report and Recommendation under 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(d)(4).

    Judge Adler issued a well-reasoned and thorough Report recommending the petition be denied in its entirety. Objections to the Report and Recommendation were due no later than August 16, 2011. To date, Petitioner has not filed any objections.

///

1  Where, as here, the case has been referred to the magistrate judge pursuant to 28 U.S.C. §
2  636, a district judge "may accept, reject, or modify the recommended disposition." Fed. R. Civ. P.
3  72(b); *see* 28 U.S.C. § 636(b)(1). "[T]he court shall make a *de novo* determination of those
4  portions of the [Report and Recommendation] to which objection is made." 28 U.S.C. §
5  636(b)(1); *see also* Fed. R. Civ. P. 72(b). "The statute makes it clear that the district judge must
6  review the magistrate judge's findings and recommendations *de novo* if objection is made, but not
7  otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114,1121 (9th Cir. 2003) (en banc).
8  "Neither the Constitution nor the statute requires a district judge to review, *de novo*, findings and
9  recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.
10 Accordingly, a district court is entitled to adopt a magistrate judge's report and recommendation
11 based on the lack of objections. Nonetheless, the Court has conducted a *de novo* review and
12 agrees that the petition should be denied with prejudice.
13 Accordingly, in the absence of objections and after conducting a *de novo* review, the Court
14 **ADOPTS** the Report and Recommendation in its entirety and **DENIES WITH PREJUDICE**
15 Petitioner's petition.

### CERTIFICATE OF APPEALABILITY

17 "The district court must issue or deny a certificate of appealability when it enters a final
18 order adverse to the applicant." Rule 11 foll. 28 U.S.C. § 2254. A petitioner may not seek an
19 appeal of a claim arising out of state court detention unless the petitioner first obtains a certificate
20 of appealability from a district judge or a circuit judge under 28 U.S.C. § 2253. Fed. R. App. P.
21 22(b). Under 28 U.S.C. § 2253(c)(1), a certificate of appealability will issue only if the petitioner
22 makes a substantial showing of the denial of a constitutional right.

27 / / /
28 / / /

1    For the reasons set forth in the Report and Recommendation, Petitioner has not made a
2 substantial showing of the denial of a constitutional right.  Accordingly, a certificate of
3 appealability should not issue in this action.
4    **IT IS SO ORDERED**.
5 DATED: September 14, 2011

*[signature]*

Hon. Michael M. Anello
United States District Judge